CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-429—Claimant )

CATHOLIC CHARITIES OF ARCHDIOCESE OF CHICAGO, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed September 5, 1973.*

CATHOLIC CHARITIES OF ARCHDIOCESE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-445—Claimant )

ATLANTIC RICHFIELD, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed September 5, 1973.*

D.K. MC INTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.